Filed 6/24/13  P. v. Echeverria CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>CARLOS ECHEVERRIA,<br><br>    Defendant and Appellant. | 2d Crim. No. B245330<br>(Super. Ct. No. BA401663)<br>(Los Angeles County) |

Carlos Echeverria appeals from the judgment entered after he pleaded no contest to attempted robbery (Pen. Code, §§ 664 & 211) and admitted a Penal Code section 1170, subdivision (h)(3) allegation (providing that any sentence imposed for the charged crime shall be served in state prison).  The trial court suspended the imposition of sentence, and placed appellant on formal probation for 36 months, with various terms and conditions.

Antonio Alejo was walking on Melrose Avenue in Los Angeles on August 20, 2012, shortly after 10:00 p.m. Appellant approached Alejo, threatened him with a stick, and said, "Hey, give me money."

We appointed counsel to represent appellant on appeal. Counsel filed a brief raising no issues and requesting our independent review pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  We notified appellant that he had 30 days in which to

advise us of any claims he wished us to consider. We have received no response from appellant.

We have reviewed the entire record and are satisfied that appellant's attorney has fully complied with his responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 123-124; *People v. Wende, supra*, 25 Cal.3d at p. 441.)

DISPOSITION

The judgment is affirmed.

<u>NOT TO BE PUBLISHED</u>.


PERREN, J.


We concur:


GILBERT, P.J.


YEGAN, J.

Anne H. Egerton, Judge

Superior Court County of Los Angeles

_____

Jonathan P. Milberg, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.